**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| OPHELIA FETTER, | : | |
| | : | |
| Plaintiff | : | Civil Action No. 4:05-CV-00462 |
| | : | |
| vs. | : | JURY TRIAL DEMANDED |
| | : | |
| JERSEY SHORE AREA SCHOOL | : | The Honorable John E. Jones, III |
| DISTRICT, | : | |
| | : | *(Electronically Filed)* |
| Defendant. | : | |

**STIPULATION AND AGREED ORDER**
**REGARDING UNITED NATIONAL SPECIALTY**
**INSURANCE COMPANY'S MOTION TO INTERVENE**

*WHEREAS*, on May 10, 2006, United National Insurance Company ("United National"), the insurance carrier for Defendant Jersey Shore Area School District ("Jersey Shore"), filed a Motion to Intervene in this matter (the "motion");

*WHEREAS*, on May 30, 2006, plaintiff Ophelia Fetter ("Fetter") filed a brief opposing the requested intervention;

*WHEREAS*, counsel for Fetter, Jersey Shore and United National participated in a telephonic hearing on June 1, 2006 before the Hon. John E. Jones III concerning the motion; and

*WHEREAS*, during the June 1, 2006 hearing, the parties were able to reach an interim agreement concerning the pending motion, and it is therefore now

STIPULATED AND AGREED by and between Fetter, Jersey Shore and United National as follows:

1.    Pending the Court's ruling on the motion, United National shall be allowed to remain on the docket in this matter and shall receive copies of all court filings;

2.    United National shall be allowed to attend the Pre-Trial Conference(s) and any settlement conferences;

3.    The Motion to Intervene shall be held in abeyance until the Pre-Trial Conference, after which time the Court may rule upon the motion.

4.    All rights of Fetter, Jersey Shore and United National relating to the motion, both at law and in equity, are specifically reserved. Nothing contained in this Stipulation and Agreed Order is intended (or should be construed as) as a waiver of any such rights by either Fetter, Jersey Shore or United National.

Gale White, Esq.
WHITE AND WILLIAMS LLP
1800 One Liberty Place
Philadelphia, PA 19103
Tel. (215) 864-7000
Fax (215) 864-7123

Attorneys for United National Specialty Insurance Company

Dated: _____

Elliot A. Strokoff, Esq.
STROKOFF & COWDEN
132 State Street
Harrisburg, PA 17108
Tel. (717) 233-5353
Fax (717) 233-5806

Attorneys for Plaintiff Ophelia Fetter

Dated: ___6/8/06___

2

Joseph A. O'Brien, Esq.
OLIVER PRICE & RHODES
1212 South Abington Rd.
Clarks Summit, PA 18411
Tel. (570) 585-1200
Fax (570) 585-5100

Attorneys for Defendant Jersey Shore
Area School District

Dated: _____

SO ORDERED:

_____
Hon. John E. Jones, III, U.S.D.J.

Dated: _____