IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPHELIA FETTER, : | |
| : | |
| Plaintiff : | Civil Action No. 4:05-CV-00462 |
| : | |
| vs. : | JURY TRIAL DEMANDED |
| : | |
| JERSEY SHORE AREA SCHOOL : | The Honorable John E. Jones, III |
| DISTRICT, : | |
| : | *(Electronically Filed)* |
| Defendant. : | |

**PROPOSED SPECIAL VERDICT QUESTION ON DAMAGES BY**
**UNITED NATIONAL SPECIALTY INSURANCE COMPANY**

United National Specialty Insurance Company (f/k/a Hallmark Insurance Company) ("United National") hereby submits its proposed Special Verdict Question pursuant to this Court's June 12, 2006 and July 6, 2006 Orders:

**UNITED NATIONAL'S PROPOSED INTERROGATORY**

United National proposes that the jury be provided with the following special interrogatory[1]:

---

[1] This interrogatory would be subject to revision to reflect the actual elements of damage that go to the jury.

1. If you believe that damages should be awarded to the Plaintiff, please state the specific monetary amount being awarded for:

Lost wages from January 22, 2001 through the present $_____.

Lost retirement credit $_____.

Out of pocket medical expenses $_____.

Out of pocket health insurance premiums $_____.

Emotional distress $_____.

Punitive damages $_____.

Attorneys fees and costs $_____.

Prejudgment interest $_____.

Dated: July 31, 2006

                Respectfully submitted,

                **WHITE AND WILLIAMS LLP**

                By:  /s/ Gale White
                      Gale White (Pa. I.D. #46485)
                      Ira S. Bergman (Pa. I.D. #92723)
                      1800 One Liberty Place
                      Philadelphia, PA  19103
                      Tel. (215) 864-7000
                      Fax  (215) 864-7123

                      *Attorneys for United National Specialty Insurance Company*

DOCS_PH 1922948v.1

# CERTIFICATE OF SERVICE

I, Ira S. Bergman, Esquire, hereby certify that I have caused a true and correct copy of the foregoing Proposed Special Verdict Question on Damages by United National Specialty Insurance Company to be served via electronic means pursuant to Local Rule 5.7 on July 31, 2006 upon the following:

| | |
|---|---|
| Elliot A. Strokoff, Esq. | Joseph A. O'Brien, Esq. |
| Strokoff & Cowden | Oliver Price & Rhodes |
| 132 State Street | 1212 South Abington Rd. |
| Harrisburg, PA 17108 | Clarks Summit, PA 18411 |

/s/ Ira S. Bergman
Ira S. Bergman